AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

<table>
<tr><td>United States of America<br>v.<br><br>Michael Monroe James<br><br><br><br><br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.<br><br>5:24MJ1209-AMK</td></tr>
</table>

**FILED**

2:52 pm Aug 29 2024

**Clerk U.S. District Court
Northern District of Ohio
Akron**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 14, 2024___ in the county of ___Stark___ in the ___Northern___ District of ___Ohio___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§2252 and 2252A | Use of a computer in or affecting interstate commerce to transport, receive, distribute, possess and/or access visual depictions of minors engaged in sexually explicit conduct and child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Katherine Jarvis*

*Complainant's signature*

Katherine Jarvis, Task Force Officer, FBI

*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  ___08/29/2024___

*Judge's signature*

City and state:  ___Akron, Ohio___          Amanda M. Knapp, U.S. Magistrate Judge

*Printed name and title*