**AFFIDAVIT IN SUPPORT A CRIMINAL COMPLAINT**

I, Katherine K. Jarvis, a Task Force Officer (TFO) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. Affiant is an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and Federal Rule of Criminal Procedure 41(a)(2)(C), as a Task Force Officer (TFO) of the Federal Bureau of Investigation (FBI). Affiant is empowered to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I have been employed as a Canton Police Officer for approximately five years, and am currently assigned to the Cleveland Division, Canton Resident Agency's Child Exploitation Task Force. While employed by the Canton Police Department and assigned to the FBI, I have assisted in the investigation of federal criminal violations related to Violent Crimes and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI's Innocent Images National Initiative training center and everyday work related to conducting these types of investigations.

3. Over the course of my employment as a law enforcement officer I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses including those involving children. These crimes resulted in subsequent convictions in Federal Courts.

4. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that Michael Monroe James (hereafter referred to as "James") date of birth May XX, 1996 (redacted), residing at XXXX Mount Pleasant Street NW, Clinton, Ohio (redacted) has violated 18 U.S.C. §§2252 and 2252A, involving the use of a computer in or affecting interstate commerce to

–1–

transport, receive, distribute, possess and/or access visual depictions of minors engaged in sexually explicit conduct and child pornography.

5. The statements in this affidavit are based in part on information and evidence provided by other law enforcement officers, analysis of law enforcement databases, evidence obtained in other state and federal criminal investigations, written reports about this case, examination of records from commercial and FBI databases, administrative subpoenas, FBI physical surveillance, a search of James' phone, an interview of James, and on my investigation of this matter. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

6. On or about June 30, 2024, Affiant received a report from FBI Online Covert Employee (hereinafter "OCE"), SA Alex Hunt, referencing a conversation he had with user "Ambient_Sun" on the "Whisper" application.

7. Within the conversation "Ambient_Sun" says to who OCE identified himself as an eleven-year-old female, "I would drive there just to hook up with you", Ambient_Sun sent a photo of an erect penis, referenced numerous times about having sex with the minor, and send a photo of an approximately 25-year-old male with a beard and glasses.

8. On or about June 14, 2024, FBI Operational Support Technician (hereinafter "OST") Candy Robinson submitted an administrative subpoena to Medialab.ai for subscriber information referencing user "Ambient_Sun" from June 11-14, 2024.

9. Medialab.ai provided a recent IP Address of 24.140.163.150 remote port 56538 which is registered by Massillon Cable.

–2–

10. On or about June 14, 2024, OST Robinson submitted an administrative subpoena to Massillon Cable for basic subscriber information for the IP Address of 24.140.163.150 remote port 56538.

11. On June 21, 2024, Massillon Cable returned the following information regarding IP Address of 24.140.163.150 remote port 56538.

    i. Account Owner: Heather and David James

    ii. Address: 418 Mount Pleasant St. NW, Clinton, OH 44261

    iii. Account Registered: October 29, 2004

12. On June 24, 2024, investigators conducted a Facebook.com search of David and James Heather. Through their Facebook accounts, investigators identified a Facebook.com account of their son, Michael James (www.facebook.com/MJTrouser). Based on the images associated with the above Facebook account, investigators believed Michael James to be the same individual who sent the above mentioned image during the chats with the OCE.

13. On July 1, 2024, Affiant and SA Austin Johnston went to 418 Mount Pleasant St. NW, Clinton, Ohio to speak with Michael James regarding his online chats.

14. An audio recorded interview was conducted inside the residence of Michael James, where he discussed his activity on "Whisper".

15. On July 1, 2024, James signed an FBI Consent to Search form for his Apple iPhone 15 Pro Max S/N: KHM95C7DYQ.

16. On or about July 2, 2024, Affiant transported the Apple iPhone 15 Pro Max, to Jackson Township Police Department, to be imaged. The image was successful and picked up by Affiant on July 3, 2024, and transported back to the Canton RA.

17. On or about July 31, 2024, Affiant began analyzing the Apple iPhone 15 Pro Max phone image using Griffeye Analyzer. A total of 764 files containing suspected Child Sex Abuse Material were located. A description of some of the files is as follows:

   a. File Name: 9vMAwJDa_thumb.jpg

   Description: This file is a color image that depicts an adult male engaged in genital-to-genital sexual contact with a nude infant female.

   b. File Name: Jv9H3ZxL

   Description: This file is a color image that depicts an adult male engaged in genital-to-genital sexual contact with a nude prepubescent female. It should be noted the prepubescent female appears to be screaming with her mouth wide open and her eyes winced.

   c. File Name: oqsFClqb

   Description: This file is a color image that depicts an adult male engaged in genital-to-genital sexual intercourse with a nude prepubescent male who is blindfolded.



**CONCLUSION**

18. Based on the above information, probable cause exists that Michael Monroe James has violated 18 U.S.C. §§2252 and 2252A, involving the use of a computer in or affecting interstate commerce to transport, receive, distribute, possess and/or access visual depictions of minors engaged in sexually explicit conduct and child pornography

FURTHER AFFIANT SAYETH NOT

_____
Katherine Jarvis, Task Force Officer
Federal Bureau of Investigation
Canton, Ohio

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this \_29th\_\_ day of August 2024 in Canton, Ohio.

_____
Magistrate Judge Amanda Knapp
United States Magistrate Judge